JOHN W. HUBER, United States Attorney (No. 7226)
ISAAC C. WORKMAN, Assistant United States Attorney (14031)
DEE W. SMITH, Special Assistant United States Attorney (8688)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED
DISTRICT COURT

2019 JAN 30 P 1:02

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FELISHA RENEE VALERO,<br><br>Defendant. | **INDICTMENT**<br><br>VIOLATION:<br><br>COUNT 1: 21 U.S.C. § 841(a)(1), Distribution of a Controlled Substance,<br><br>COUNT 2: 18 U.S.C. § 922(g)(3) – Unlawful User in Possession of a Firearm. |

The Grand Jury charges:

Case: 1:19-cr-00012
Assigned To : Campbell, Tena
Assign. Date : 1/30/2019
Description: USA v. Valero

### COUNT I
### 21 U.S.C. § 841(a)(1)
### Distribution of Methamphetamine

On or about September 6, 2018, in the Northern Division of the District of Utah,

**FELISHA RENEE VALERO,**

the defendant herein, did knowingly and intentionally distribute 5 grams or more of

actual Methamphetamine, a Schedule II controlled substance within the meaning of 21

U.S.C. § 812; all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(B).

## COUNT II
## 18 U.S.C. § 922(g)(3)
### (Unlawful User in Possession of a Firearm and Ammunition)

On or about September 20, 2018, in the Northern Division of the District of Utah,

**FELISHA RENEE VALERO,**

the defendant herein, being an unlawful user of and addicted to a controlled substance, did knowingly possess in and affecting interstate commerce a firearm, to wit: a Taurus .357 Magnum revolver; in violation of 18 U.S.C. § 922(g)(3).

A TRUE BILL:

/S/
FOREPERSON of the GRAND JURY

JOHN W. HUBER
United States Attorney

DEE W. SMITH
Special Assistant United States Attorney